```
                 IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MATTHEW F. LEAHY, et al.
                                    :        CIVIL ACTION
                                    :
           v.                       :
                                    :
ANTHONY W. SALEM, et al.            :        NO. 10-3933
```

CIVIL JUDGMENT

Before the Honorable Stewart Dalzell

AND NOW, this 14th day of February, 2011, in accordance with the verdict of the jury,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of the defendants, Anthony W. Salem and Suburban Orthopedic Specialists, P.C. and against the plaintiffs, Matthew F. Leahy and Patricia J. Leahy.


                              BY THE COURT

                              ATTEST: S/Eileen Adler
                                      Eileen Adler
                                      Deputy Clerk


Civ 1 (8/80)